IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES A. TAYLOR,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Case No.11-093-JPG-CJP

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** judgment is entered in favor of defendant Michael J. Astrue and against plaintiff James A. Taylor on all claims. The case is **DISMISSED WITH PREJUDICE**.

**DATED: September 19, 2011**

    **NANCY ROSENSTENGEL, CLERK**

    **By:s/Deborah Agans, Deputy Clerk**

**Approved by:**

**s/ J. Phil Gilbert**

District Judge